William M. Audet (SBN 117456)
Joshua C. Ezrin (CA 220157)
Adel A. Nadji (CA 232599)
ALEXANDER, HAWES & AUDET, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.576.1776

*Attorneys for Plaintiffs'*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE ADKINS, et al.,

        Plaintiffs,

vs.

ELI LILLY AND COMPANY; and McKESSON CORPORATION,

        Defendants.

CASE NO: C-06-2714-JSW

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS**

Hon. Honorable Jeffery S. White

-1-

sTIP AND oRD aDKINS.wpd

1  Plaintiffs in the above captioned case (hereinafter collectively referred to as "Plaintiffs"),
2  and Defendants Eli Lilly and Co., and McKesson Corp. (hereinafter collectively referred to as
3  "Defendants"), by and through their counsel, stipulate to and request a stay of all proceedings in
4  this action pending the transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL
5  No. 1596.

6  This stipulation is applicable solely to these Plaintiffs' cases, and shall have no effect on
7  any future proceedings in Plaintiffs' cases, or any other case between Plaintiffs' counsel and
8  Defendants. Based on the forgoing, the parties respectfully request that the Court stay this action
9  pending transfer to MDL No. 1596.

11 DATED: May 12, 2006                    ALEXANDER, HAWES & AUDET, LLP

                                          By _____
                                          Joshua C. Ezrin, Esq.
                                          Attorneys for Plaintiffs

15 DATED: May 12, 2006                    REED SMITH, LLP

                                          By _____
                                          James M. Neudecker, Esq.
                                          Attorneys for Defendants

-2-

sTIP AND oRD #DKINS.wpd

## ORDER

Having considered the forgoing stipulation and good cause appearing therefore, IT IS SO ORDERED that this action is stayed pending transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL No. 1596. Defendants' Motion to Stay and Plaintiffs' Motion to Remand, scheduled to be heard on June 9, 2006, are now off calendar.

DATED: May 16, 2006

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE